# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>           v. )<br>)<br>MIGUEL B. GALLARDO JR., )<br>    Defendant. ) | CAUSE NO.: 2:08-CV-90-PRC |

## ORDER AND JUDGMENT

This matter is before the Court on a Stipulation for Entry of Consent Judgment [DE 12] and Application for Entry of Consent Judgment [DE 13], filed by Plaintiff on September 15, 2008. According to the Stipulation, the parties agree to the entry of judgment in favor of Plaintiff, against Defendant, Miguel B. Gallardo, Jr., in the amount of $2,802.69. Having considered the Stipulation and Application and noting the agreement of the parties, the Court **GRANTS** the Stipulation for Entry of Consent Judgment [DE 12] and Application for Entry of Consent Judgment [DE 13].

It is hereby **ADJUDGED, ORDERED, AND DECREED**, that Judgment is entered in favor of Plaintiff United States of America and against Defendant, Miguel B. Gallardo, Jr., in the amount of $2,802.69. In accordance with the Stipulation, Defendant, Miguel Gallardo, Jr. shall make monthly payments in an amount no less than $50.00 beginning in October 2008 until the judgment is paid in full. Every six months the payment schedule will be re-evaluated by the United States Attorney's Office to determine whether a higher payment is appropriate. All interest and costs are waived.

SO ORDERED this 16th day of September, 2008.

                                              s/ Paul R. Cherry
                                              MAGISTRATE JUDGE PAUL R. CHERRY
                                              UNITED STATES DISTRICT COURT

cc:     All counsel of record, Miguel B. Gallardo, Jr.